## CARL LIANO *v.* CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15082) is denied.

*George C. Springer, Jr.*, in support of the petition.

Decided July 18, 1996

## STATE OF CONNECTICUT *v.* MICHAEL SEBASTIAN

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 530 (AC 14984), is denied.

*Walter H. Scanlon*, in support of the petition.

*Timothy J. Sugrue*, executive assistant state's attorney, in opposition.

Decided July 18, 1996

## KENNA D. BROWN *v.* WILLIAM B. BROWN

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 913 (AC 14653), is denied.

*Kenna I. Daly*, pro se, in support of the petition.

*Charles D. Ray* and *William H. Narwold*, in opposition.

Decided July 18, 1996

## DONALD GAYLE *v.* BASIL YOUNG ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 41 Conn. App. 913 (AC 14582), is denied.